# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH GARY MURPHY, JR.,** | : | |
| Petitioner | : | |
| | : | No. 1:20-cv-1232 |
| v. | : | |
| | : | (Judge Kane) |
| **BARRY SMITH, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 30th day of April, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** as untimely;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania